# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS SACHIO WILDE,<br><br>Petitioner,<br><br>v.<br><br>C. WOFFORD, Warden, ASP,<br><br>Respondent. | Case No. 1:15-cv-01715-SKO HC<br><br>ORDER TRANSFERRING THIS CASE TO THE SACRAMENTO DIVISION OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |

On August 10, 2015, Petitioner filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges constitutional violations arising from his 2013 conviction in Placer County Superior Court. Placer County, California, is properly venued in the Sacramento Division of the Eastern District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 38 U.S.C. § 2241 (d). A District Court of the district in which a petitioner is confined may, in its discretion, transfer a petition concerning conviction and sentencing to the district and division in which the petitioner was convicted and sentenced. Such transfer generally furthers judicial economy since the witnesses and documentation are present in the district and division of conviction and sentencing.

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the Sacramento Division of United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated:   **March 23, 2016**            **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28